United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLOYD IRVIN SANDERS, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H:25-5407 |
| | § | |
| PHILLIP CASH, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) and Magistrate Judge Bray's Memorandum and Recommendation (Doc. No. 7) recommending Plaintiff's application be denied. Also pending before the Court is Magistrate Judge Bray's Memorandum and Recommendation (Doc. No. 8) that this case be dismissed for failure to prosecute. There were no objections filed to either Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge Bray's conclusion that the application to proceed without paying fees should be denied and this case should be dismissed for want of prosecution. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 7) and the Memorandum and Recommendation (Doc. No. 8) are **ADOPTED**.

This case is **DISMISSED with prejudice**.

SIGNED this _16th_ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE